# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18-cr-00095-APG-NJK |
| Plaintiff, | **Order Continuing Hearing** |
| v. | |
| EVER ALVARADO-CORONADO, | |
| Defendant. | |

Due to conflicting duties of the Court, the Court CONTINUES the hearing currently set for May 25, 2018, at 10:00 a.m. in courtroom 3B, IN TIME ONLY to 2:00 p.m. Defendant and his counsel are required to be present in the courtroom at the hearing.

IT IS SO ORDERED.

DATED: May 24, 2018.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE