# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18-cr-00095-APG-NJK |
| Plaintiff, | **ORDER** |
| v. | (Docket No. 109) |
| EVER ANTONIO ALVARADO-CORONADO, | |
| Defendant. | |

Pending before the Court is Defendant Ever Antonio Alvarado-Coronado's motion for appointment of co-counsel in CJA case. Docket No. 109. Defendant filed the motion under seal and *ex parte* without complying with the Court's clear rules for such filings. LR IA 6-2, 7-2, 10-5.

No later than May 16, 2019, counsel must file either a motion to seal this document that complies fully with the Court's local rules and applicable caselaw or a motion to unseal the document. The motion must also address whether the motion at Docket No. 109 is to remain *ex parte* and, if so, the specific reasons under the rules and applicable caselaw for such designation.

IT IS SO ORDERED.

DATED: May 15, 2019.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE