# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EVER ANTONIO ALVARADO-CORONADO,<br><br>Defendant. | Case No.: 2:18-cr-00095-APG-NJK<br><br>**ORDER**<br><br>(Docket No. 111) |

Pending before the Court is Defendant Ever Antonio Alvarado-Coronado's motion to unseal his motion for appointment of co-counsel in CJA case. Docket No. 111. Defendant filed the motion under seal and *ex parte* without complying with the Court's clear rules for such filings. LR IA 6-2, 7-2, 10-5. On May 15, 2019, the Court ordered Defendant's counsel to file either a motion to seal the document at Docket No. 109 that complies fully with the Court's local rules and applicable caselaw, or a motion to unseal the document. Docket No. 110. The Court ordered that the motion must also address whether the motion at Docket No. 109 is to remain *ex parte* and, if so, the specific reasons under the rules and applicable caselaw for such designation. *Id*.

Defendant now submits that the motion was inadvertently filed *ex parte* and under seal. Docket No. 111 at 1. Defendant therefore asks the Court to unseal the motion at Docket No. 109 and remove the *ex parte* designation. *Id*.

. . . .
. . . .
. . . .
. . . .
. . . .
. . . .
. . . .

1

Accordingly, the Court **GRANTS** Defendant's motion to unseal. Docket No. 111. The Court **INSTRUCTS** the Clerk's Office to unseal the document at Docket No. 109, to remove its *ex parte* designation, and to reissue the NEF so that the United States is served with the motion. The United States may respond to Defendant's motion no later than May 20, 2019. Any reply may be filed no later than May 21, 2019.

IT IS SO ORDERED.

DATED: May 16, 2019.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE