UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| United States of America, | Case No. 2:18-cr-095-APG-NJK |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOR THE PREPARATION OF A PRE-PLEA PRESENTENCE INVESTIGATION REPORT** |
| Ever Antonio Alvarado-Coronado, | |
| Defendant. | |
| | (ECF No. 160) |

Defendant Ever Antonio Alvarado-Coronado's motion for a Pre-Plea Presentence Investigation Report **(ECF No. 160) is GRANTED**. The Probation Office shall prepare and provide to the parties a pre-plea Presentence Report by June 19, 2020.

I FURTHER ORDER Alvarado-Coronado's counsel to provide a copy of this order to the Probation Office immediately.

Dated:   April 20, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE