JESS R. MARCHESE, ESQ.
Nevada bar # 8175
601 S. Las Vegas Boulevard
Las Vegas, NV  89101
(702) 385-5377 Fax (702) 474-4210
marcheselaw@msn.com
Attorney for Defendant – ALVARADO-CORONADO

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:18-CR-0095-APG-NJK |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| EVER ALVARADO-CORONADO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

### STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING

IT IS HEREBY STIPULATED AND AGREED by and between JESS R. MARCHESE, ESQ. Counsel for Defendant EVER ALVARADO-CORONADO and SUSAN CUSHMAN, Assistant United States Attorney, that sentencing currently scheduled for February 3, 2021 at 3:00 p.m., be vacated and reset to a date approximately thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Counsel for the defendant has spoken to his in-custody client and he has no objection to the request for continuance.

2. Counsel for the defendant has spoken to counsel for the United States and she has no objection to the continuance.

3. Counsel for the defense has a scheduling conflict on that date and time due to being in State Court for in-custody matters.

4. For all the above-stated reasons, the ends of justice would best be served by a continuance of the Sentencing Hearing of thirty (30) days or less.

This is the first request for continuance filed herein.

DATED: January 30, 2021,

| /S/ | /S/ |
|---|---|
| JESS R MARCHESE, ESQ. | SUSAN CUSHMAN, ESQ. |
| 601 S. Las Vegas Blvd. | Assistant United States Attorney |
| Las Vegas, Nevada 89101 | 501 Las Vegas Blvd South #1100 |
| Attorney for Defendant | Las Vegas, Nevada 89101 |

JESS R. MARCHESE, ESQ.
Nevada bar # 8175
601 S. LV Boulevard
Las Vegas, NV 89101
(702) 385-5377 Fax (702) 474-4210
marcheselaw@msn.com
Attorney for Defendant- ALVARADO-CORONADO

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:18-CR-0095-APG-NJK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| EVER ALVARADO-CORONADO, | ) | |
| | ) | |
| Defendant. | ) | |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

This Stipulation is entered into for the following reasons:

1. Counsel for the defendant has spoken to his in-custody client and he has no objection to the request for continuance.

2. Counsel for the defendant has spoken to counsel for the United States and she has no objection to the continuance.

3. Counsel for the defense has a scheduling conflict on that date and time due to being in State Court for in-custody matters.

4. For all the above-stated reasons, the ends of justice would best be served by a

-3-

continuance of the Sentencing Hearing to a date thirty (30) days or less.

This is the first request for continuance filed herein.

## **ORDER**

IT IS HEREBY ORDERED that the Sentencing Hearing currently scheduled for February 3, 2021, at 3:00 p.m., be continued to the 17th day of March, 2021 at 2:00 p.m., in courtroom 6C.

DATED this 1st day of February, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE