JESS R. MARCHESE, ESQ.
Nevada bar # 8175
601 S. Las Vegas Boulevard
Las Vegas, NV  89101
(702) 385-5377 Fax (702) 474-4210
marcheselaw@msn.com
Attorney for Defendant – ALVARADO-CORONADO

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:18-CR-0095-APG |
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | |
| EVER ALVARADO-CORONADO, | |
| Defendant. | |

### STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING

IT IS HEREBY STIPULATED AND AGREED by and between JESS R. MARCHESE, ESQ. Counsel for Defendant EVER ALVARADO-CORONADO and SUSAN CUSHMAN, Assistant United States Attorney, that sentencing currently scheduled for March 17, 2021 at 3:00 p.m., be vacated and reset to a date approximately thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Counsel for the defendant has spoken to his in-custody client and he has no objection to the request for continuance.

2. Counsel for the defendant has spoken to counsel for the United States and she has no objection to the continuance.

3. Counsel for the defense needs additional time to prepare for sentencing and to go over some issues with the client.

4. For all the above-stated reasons, the ends of justice would best be served by a continuance of the Sentencing Hearing of thirty (30) days or less.

This is the second request for continuance filed herein.

DATED: March 12, 2021,

| /S/ | /S/ |
|---|---|
| JESS R MARCHESE, ESQ. | SUSAN CUSHMAN, ESQ. |
| 601 S. Las Vegas Blvd. | Assistant United States Attorney |
| Las Vegas, Nevada 89101 | 501 Las Vegas Blvd South #1100 |
| Attorney for Defendant | Las Vegas, Nevada 89101 |

JESS R. MARCHESE, ESQ.
Nevada bar # 8175
601 S. LV Boulevard
Las Vegas, NV  89101
(702) 385-5377 Fax (702) 474-4210
marcheselaw@msn.com
Attorney for Defendant- ALVARADO-CORONADO

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:18-CR-0095-APG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| EVER ALVARADO-CORONADO, | ) | |
| | ) | |
| Defendant. | ) | |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

This Stipulation is entered into for the following reasons:

1. Counsel for the defendant has spoken to his in-custody client and he has no objection to the request for continuance.

2. Counsel for the defendant has spoken to counsel for the United States and she has no objection to the continuance.

3. Counsel for the defense needs additional time to prepare for sentencing and to go over some issues with the client.

4. For all the above-stated reasons, the ends of justice would best be served by a

continuance of the Sentencing Hearing to a date thirty (30) days or less.

This is the second request for continuance filed herein.

## ORDER

IT IS HEREBY ORDERED that the Hearing currently scheduled for March 17, 2021, at 2:00 p.m., be continued to the 21st day of April, 2021 at 3:00 p.m, in courtroom 6C.

DATED this 12th day of March, 2021,

_____
**UNITED STATES DISTRICT JUDGE**