ENTERED                        SERVED ON
COUNSEL/PARTIES OF RECORD

Apr 21, 2021

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:                                    DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:18-CR-095-APG-NJK |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| EVER ANTONIO ALVARADO-CORONADO, aka "Ernie," | |
| Defendant. | |

The United States District Court for the District of Nevada entered an Amended Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c); 21 U.S.C. § 853(a)(2); 21 U.S.C. § 881(a)(11) with 28 U.S.C. § 2461(c); and 18 U.S.C. § 924(d)(1), (2)(C), and (3)(B) with 28 U.S.C. § 2461(c) based upon the plea of guilty by Ever Antonio Alvarado-Coronado, aka "Ernie," to the criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegations of the Second Superseding Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which Ever Antonio Alvarado-Coronado, aka "Ernie," pled guilty. Second Superseding Criminal Indictment, ECF No. 141; Plea Agreement, ECF No. 180; Change of Plea, ECF No. 181; Amended Preliminary Order of Forfeiture, ECF No. 191.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov,

consecutively from February 4, 2021, through March 5, 2021, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 212-1, p. 5.

This Court finds the United States notified known third parties by personal service or by regular mail and certified mail return receipt requested of their right to petition the Court. Notice of Filing Service of Process – Mailing, ECF No. 211; Notice of Filing Service of Process – Personal Service, ECF No. 215.

On February 5, 2021, the United States Attorney's Office served Hans R. Christensen with copies of the Amended Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 211-1, p. 3, 5-7, 9-12, 14-16.

On February 5, 2021, the United States Attorney's Office served and attempted to serve Renato Avenido with copies of the Amended Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 211-1, p. 3, 5-7, 9-12, 17-21.

On February 22, 2021, the United States Marshals Service personally served Janine Bennett with copies of the Amended Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 215-1, p. 3, 6-8, 10-13.

On February 22, 2021, the United States Marshals Service personally served The Estate of Richard Edward Bennett with copies of the Amended Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 215-1, p. 4, 6-8, 10-13.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property

hereinafter described are condemned, forfeited, and vested in the United States pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c); 21 U.S.C. § 853(a)(2); 21 U.S.C. § 881(a)(11) with 28 U.S.C. § 2461(c); 18 U.S.C. § 924(d)(1), (2)(C), and (3)(B) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

1. Ruger 9 mm pistol with serial number 31058143;

2. Fabrinor, Firestorm Government, .45 caliber pistol with obliterated serial number;

3. Smith & Wesson, .357 revolver with serial number BUH5046

4. Intratec, 9 mm pistol with serial number A003436;

5. Sig Sauer, .45 caliber pistol serial number G356620; and

6. any and all ammunition

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the government's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED _____April 21_____, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE