**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br>v.<br><br>Ever Antonio Alvarado-Coronado,<br><br>　　　　　Defendant. | Case No. 2:18-cr-095-APG-NJK<br><br>**ORDER FOR BRIEFING ON DEFENDANT'S MOTION FOR RELIEF UNDER 28 U.S.C. § 2255**<br><br>(ECF No. 262) |

　　　I ORDER the Government to file a response to defendant Ever Antonio Alvarado-Coronado's motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255 (ECF No. 262) by January 13, 2023.

　　　I FURTHER ORDER defendant Alvarado-Coronado to file a reply by February 10, 2023.

　　　Dated:　December 13, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE