AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Ever Antonio Alvarado-Coronado

                Petitioner,

v.

UNITED STATES OF AMERICA

                Respondent.

JUDGMENT IN A CIVIL CASE

Civil Case No.:  2:22-cv-02022-APG

(Criminal Case No: 2:18-cr-00095-APG-NJK )

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Petitioner's motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence is DENIED.

IT IS FURTHER ORDERED that petitioner is denied a certificate of appealability.

4/5/2023  
Date

DEBRA K. KEMPI  
Clerk

/s/ K. Ferris  
Deputy Clerk