# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

United States of America,

             Plaintiff,

   v.

Ever Antonio Alvarado-Coronado,

             Defendant.

Case No. 2:18-cr-095-APG-NJK

**ORDER DENYING MOTION FOR SENTENCE REDUCTION**

(ECF No. 286)

      Defendant Ever Antonio Alvarado-Coronado moves for a reduction in his prison sentence based on the United States Sentencing Commission's Guideline Amendment 821 relating to criminal history and "status points." ECF No. 286.  However, Alvarado-Coronado does not qualify for such relief.

      Sentencing Guideline 1B1.10(b)(2)(A) prohibits me from reducing the prison sentence to a term that is less than the minimum of the amended guideline range determined under USSG 1B1.10(1).  I sentenced Alvarado-Coronado to 156 months.  Had he received the benefit of Amendment 821 and his criminal history category was III instead of IV, his guideline range would have been 210 to 262 months.  Because his 156-month sentence is less than the minimum of the amended guideline range, he is not eligible for further reduction under the Amendment.

      I THEREFORE ORDER that defendant Alvarado-Coronado's motion for a sentence reduction **(ECF No. 286) is denied**.

      Dated:   November 28, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE